516 A.2d 1379

COMMONWEALTH of Pennsylvania

v.

Richard WILDERMUTH, Petitioner.

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 136 E.D. Appeal Docket 1986.